Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: (775) 785-5440
Email: nkanute@swlaw.com
*Attorneys for Plaintiff Prime Victor International Limited*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRIME VICTOR INTERNATIONAL LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>SIMULACRA CORPORATION,<br><br>Defendant. | Case No. 3:23-cv-00562-MMD-CLB |

### STIPULATION AND [PROPOSED] ORDER TO VACATE CHARGING ORDER AND WRIT OF EXECUTION

Plaintiff Prime Victor International Limited ("Plaintiff") and Simulacra Corp ("Defendant", together with Plaintiff, the "Parties"), by and through the undersigned, hereby stipulate to the following facts:

1. On October 26, 2023, Plaintiff Prime Victor International Limited ("Plaintiff") registered with this Court the August 7, 2023 Judgment from the United States District Court for the District of Delaware, Case No. 1:23-cv-00176-MAK, against Simulacra Corp ("Defendant", together with Plaintiff, the "Parties") in favor of Plaintiff in the amount of $1,518,862.66 plus post-judgment interest at the rate of either 5.38% or applicable statutory rate consistent with 28 U.S.C. § 1961 until paid in full (the "Judgment") [ECF No. 1], and Plaintiff has sought to enforce the Judgment in this Court.

2. On November 29, 2023, this Court entered the *Charging Order Against Simulacra*

*Corporation* (the "Charging Order") [ECF No. 8].

3. Plaintiff did not receive any payment on the Judgment as a result of the Charging Order.

4. On December 18, 2023, the Clerk of the Court signed the *Writ of Execution to the United States Marshal* (the "Writ") [ECF No. 16] directing the Marshal to collect on the Judgment.

5. Plaintiff did not receive any property or payment on the Judgment through the execution of the Writ.

6. On January 5, 2024, the Parties entered into a Settlement Agreement and General Release ("Settlement Agreement") to resolve their dispute.

7. Under the Settlement Agreement, the Parties agreed that "within 5 (five) business days of payment of the first installment of the Settlement Amount: (a) [Defendant] shall dismiss the Appeal, and (b) [Plaintiff] shall cease enforcing the Judgment, including dismissing any legal proceedings seeking to enforce the Judgment."

8. On January 10, 2024, Plaintiff received the first installment of the Settlement Amount.

**IT IS HEREBY STIPULATED AND AGREED,** by and among the Parties, subject to the approval of the Court, that:

1. The *Charging Order Against Simulacra Corporation* dated November 29, 2023 [ECF No. 8], is hereby VACATED WITHOUT PREJUDICE to Plaintiff to seek the same relief in the event that Defendant breaches the Settlement Agreement; and

2. The *Writ of Execution to the United States Marshal* dated December 18, 2023 [ECF No. 16], is hereby VACATED WITHOUT PREJUDICE to Plaintiff to seek the same relief in the event that Defendant breaches the Settlement Agreement.

///
///
///
///
///

SO STIPULATED AND AGREED this 12th day of January, 2024.

SNELL & WILMER L.L.P.                    Simulacra Corp

By: /s/ Nathan G. Kanute                 /s/ *[signature]*
Nathan G. Kanute (NV Bar No. 12413)      Matthew McMullen, President
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
*Attorneys for Plaintiff Prime Victor*
*International Limited*

IT IS SO ORDERED:

*[signature]*

DATED: January 16, 2024

UNITED STATE DISTRICT JUDGE

- 3 -